UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

UNITED STATES OF AMERICA,

CR 25-50008

Plaintiff,

FACTUAL BASIS STATEMENT

vs.

JERRY LAMONT,

Defendant.

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offenses to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is Jerry Lamont. On January 2, 2024, while at my home in Rapid City, South Dakota, I uploaded at least four files containing child pornography into my Dropbox account. Dropbox is an online cloud storage service that allows users to access files from various electronic devices, like cell phones and computers. My username was "jerr.l" and my Dropbox account was associated with my email address, "kr8zndn50@gmail.com." Child pornography has the meaning ascribed to it in 18 U.S.C. § 2256(8).

The files I uploaded into Dropbox are fairly described as:

1.  File Name: 3f2a8dac-7148-4ce3-b2f6-37d638b2d7f0

    Description: This is a 37 second video, which depicts an approximately 10-12 year old girl on her arms and knees, with her buttocks up. The girl is completely nude. An adult male came up

behind the girl and penetrated her anus. The male moved the camera to show his penis penetrating her anus.

2. File Name: 728f2207-3584-4fe9-b676-88611cc7cbaf

   Description: This is a 15 second video which shows a teen girl with a white tank top and her vagina exposed. The girl is using an adult sex toy to penetrate her vagina, which she does multiple times after putting it in her mouth.

3. File Name: 2014-11-19 12.00.45_0

   Description: This is a 6 minute and 9 second video. There is a girl, approximately 6-8 year old, completely nude with a mask on. The girl is bent over, with her buttocks up. There is an adult male penetrating the girl from behind. The male lays the girl on her back and penetrates her again. At one point the male makes the girl put his penis into her mouth. The male uses a vibrating adult sex toy to penetrate the girl's vagina. Toward the end of the video, the girl opens her mouth and the male ejaculates into her mouth.

4. File Name: IMG_8618

   Description: This is a 15 second video depicting two girls, approximately 10-12 years old. They are completely nude and are licking, what appears to be a large vegetable. One girl had her nude breasts exposed. They then start kissing each other using their tongues.

I obtained each of the child pornography files in my Dropbox account from the internet, or the Kik messaging application, or both. Thus, each of the images was transported in interstate or foreign commerce before I received them into my Dropbox account.

On December 11, 2024, a search warrant was executed at my residence in Rapid City. I agree that in total, 88 electronic devices were seized from me and from my home. Twelve of the devices were found to contain child pornography.

2

Thirty-four devices could not be examined for the presence of child pornography. Forty-two items were examined and found to be clear of illegal material or contraband. The investigation showed that I used the online messaging application Kik to distribute, receive, and possess images and videos of child pornography. The 12 devices on which I possessed child pornography included six cellular phones, multiple SD storage drives and a flash drive, an external hard drive, and a desktop computer. I possessed visual depictions of child pornography on each of my cellular phones. Across all 12 devices that contained illegal material, I agree that I received depictions of infants being sexually abused. I received and possessed depictions of bestiality and computer-generated child pornography. I received and possessed depictions of children who were bound while being sexually abused. I received and possessed videos of an adult man masturbating to images of minor females. I agree that I used Kik to post, or "tribute", photos of my teenage daughter in a forum devoted to masturbating to depictions of minors. I agree that I engaged in "role-playing" discussions in which the fantasies expressed were to engage in sexual activity with minor females.

I stipulate and agree that the following property was involved in or used in the commission of the offenses described above, or could not be cleared of potential contraband, and thus are appropriately forfeited by me: (1) Samsung SM-N950U Phone with SanDisk 32GB Micro SD Card; (2) Samsung SM-S146VL Phone with Onn 256GB Micro SD Card; (3) one Loose Western Digital 500GB

3

Hard Drive; (4) one SanDisk 32GB Micro SD Card; (5) one MicroSD 16GB Micro SD Card; (6) one MicroSD 16GB Micro SD Card; (7) one Kingston 64GB Flash Drive; (8) one Samsung SM-S134DL Phone; (9) one PNY 16GB SD Card; (10) one Samsung SM-A135U phone with SanDisk 128GB Micro SD Card; (11) Samsung SM-S111DL Phone; (12) one Alcatel 5002R Phone; (13) one Dell D11M Desktop with Seagate 1TB Drive; and each of the items denoted in discovery as devices which could not be examined (specifically, the devices described as Items 3, 5, 6, 7, 8.4, 13, 16, 17, 18, 20, 23, 25, 26, 27, 28, 29, 30, 31, 32, 36, 37, 57, 58, 59, 62, 63, 64, 65, 67, 69, 77.4, 77.5, 77.6, and 77.9).

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

5/6/2025
Date

HEATHER KNOX
Assistant United States Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Heather.Knox@usdoj.gov

4

5/6/25
_____
Date

JERRY LAMONT
Defendant

5.6.25
_____
Date

JENNIFER ALBERTSON
Attorney for Defendant

5